## SYNOPSIS – INFORMATION

| | | |
|---|---|---|
| **Name:** | Melissa Milliken | |
| **Address:** (City & State Only) | Ellsworth, Maine | |
| **Year of Birth and Age:** | 1991 (33 years old) | |
| **Violations:** | Count 1: | Theft of Public Money 18 U.S.C. § 641 |
| **Penalties:** | Count 1: | Class C Felony. Not more than 10 years imprisonment and/or not more than a $250,000 fine. 18 U.S.C. § 641 |
| **Supervised Release:** | Count 1: | Not more than 3 years. 18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 2 years. 18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Not more than 3 years, less the term of imprisonment imposed for revocation. 18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | James Nixon, Esq. | |
| **Primary Investigative Agency and Case Agent Name:** | U.S Postal Service, Office of the Inspector General - Special Agent Michael Knobloch | |
| **Detention Status:** | Not detained – Summons to Issue | |
| **Foreign National:** | No | |
| **Foreign Consular Notification Provided:** | No | |
| **County:** | Washington | |
| **AUSA:** | Joel B. Casey | |
| **Guidelines apply?   Y/N** | Yes | |

| **Victim Case:** | Yes – Agency Victims |
| --- | --- |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100 per count. |